EDWARD B. GERNHARDT, Respondent, *v.* KNICKERBOCKER ICE CO., INC., et al., Appellants.

STANTON S. McCREADY, Respondent, *v.* KNICKERBOCKER ICE CO., INC., et al., Appellants.

ALFRED J. KEARNS, Respondent, *v.* KNICKERBOCKER LAUNDRY CO., INC., Appellant.

Argued December 2, 1940; decided December 31, 1940.

*Theodore J. Miller* for appellants.

*Milton P. Kupfer, T. J. Gillen* and *Edward M. Edenbaum* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.